1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., a minor by and through his Guardian Ad litem, KARI ANN JUNIO,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET VASSILEV, M.D.; et al.,<br><br>Defendants. | CASE NO. 1:14-CV-0824 AWI BAM<br><br>ORDER VACATING AUGUST 4, 2014 HEARING DATE |

Defendant United States of America has filed a motion to dismiss and set the motion for hearing August 4, 2014.   The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2014, is VACATED, and the parties shall not appear at that time.  As of August 4, 2014, the Court will take the matter under submission, and the Court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  July 31, 2014

_____

SENIOR  DISTRICT  JUDGE