1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8

9  | **D.L., a minor by and through his guardian ad litem Kari Ann Junio,** | **CASE NO. 1:14-CV-0824 AWI BAM** |
10 | | |
   | **Plaintiff** | **ORDER ON REQUEST FOR** |
11 | | **DISMISSAL OF DEFENDANTS** |
   | **v.** | **PLUNKETT, BRACKETT, AND** |
12 | | **BROWN** |
   | **MARGARET VASSILEV, M.D., et al.,** | |
13 | | |
   | **Defendant** | (Doc. No. 66) |
14
15
16
17        This case was removed from the Tulare County Superior Court on May 30, 2014.  <u>See</u>
18  Doc. No. 1.  T. Plunkett, D. Brackett, and B. Brown (collectively "Nurse Defendants") are named
19  as Defendants on the docket.  There has been no appearance by the Nurse Defendants to date.
20        On February 22, 2017, Plaintiff filed a request to dismiss Defendants T. Plunkett, D.
21  Brackett, and B. Brown.  <u>See</u> Doc. No. 66.   As part of the request, Plaintiff included a copy of a
    dismissal dated March 14, 2013 from the Tulare County Superior Court.  <u>See</u> Doc. No. 66-1.  The
22  dismissal shows that the Nurse Defendants were dismissed with prejudice.  <u>See</u> <u>id.</u>
23        In light of the dismissal, it appears that the Nurse Defendants were erroneously included as
24  active defendants during the removal process.  The Nurse Defendants have not been active parties
25  in this case since March 2013.  In order for the docket to conform to the actual status of the parties
26  in this litigation, the Court will acknowledge the prior dismissal and order the Clerk to terminate
27  the Nurse Defendants from the docket.
28

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to dismiss (Doc. No. 66) is GRANTED in that Defendants T Plunkett,
    D. Brackett, and B. Brown were previously dismissed with prejudice from this case by the
    Tulare County Superior Court prior to the May 30, 2014 removal; and

2.  The Clerk shall identify Defendants T. Plunkett, D. Brackett, and B. Brown as
    TERMINATED from this litigation.

IT IS SO ORDERED.

Dated:   February 22, 2018                        _____

                                                  SENIOR  DISTRICT  JUDGE