1  Dennis R. Thelen, SBN 83999
   Kevin E. Thelen, SBN 252665
2  LAW OFFICES OF
   LeBeau • Thelen, LLP
3  5001 East Commercenter Drive, Suite 300
   Post Office Box 12092
4  Bakersfield, California 93389-2092
   (661) 325-8962; Fax (661) 325-1127
5  (dthelen@lebeauthelen.com)
   (kthelen@lebeauthelen.com)

6  Attorneys for Defendants
   County of Tulare, Pavel Mundl, M.D.,
7  and Rodolfo Vicente, M.D.

8

9           **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12 D.L.                                    Case No.: 1:14-CV-00824-AWI-BAM

13          Plaintiff,                     **STIPULATION AND ORDER
                                           REGARDING DISMISSAL OF
14     vs.                                 DEFENDANTS PAVEL MUNDL, M.D.
                                           AND RODOLFO VICENTE, M.D.**
15 MARGARET VASSILEV, M.D.; RODOLFO
   VICENTE, M.D.; MARK WISEMAN, M.D.;
16 PAVEL MUNDL, M.D.; COUNTY OF
   TULARE; KAWEAH DELTA HEALTHCARE
17 DISTRICT; SANDRA BOSMAN, M.D.;
   UNITED STATES OF AMERICA; LORI ANN
18 M. BOKEN, M.D.; T. PLUNKETT, RNC; D.
   BRACKETT, RNC; B. BROWN, RNFA; and
19 DOES 1 to 50,

20          Defendants.

21

22       TO THE COURT, ALL PARTIES, AND RESPECTIVE COUNSEL OF RECORD:

23       Plaintiff D.L., a minor, by and through his Guardian Ad Litem, Kari Ann Junio, and through his

24 counsel of record Mark Wade Coleman, Esq., and defendants Rodolfo Vicente, M.D. and Pavel Mundl,

25 M.D., through their counsel of record Kevin E. Thelen, Esq., hereby stipulate and agree to dismiss

26 defendants Rodolfo Vicente, M.D. and Pavel Mundl, M.D., with prejudice, from the above-captioned

27 action in exchange for a waiver of costs.

28

**STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS PAVEL MUNDL, M.D. AND
RODOLFO VICENTE, M.D.**

This agreement between the parties was reached following arms-length negotiations about a potential resolution to the case between counsel for plaintiff and counsel for Dr. Mundl and Dr. Vicente.

This dismissal of Dr. Mundl and Dr. Vicente shall be effective immediately upon the execution of the enclosed Proposed Order filed herein with the Court.

**IT IS SO STIPULATED**.

Date: March 1, 2019                    NUTTALL COLEMAN & DRANDELL


                                      /s/ Mark W. Coleman
By: _____
                     MARK W. COLEMAN, ESQ.
                     Attorneys for plaintiff D.L., by and through his
                     Guardian ad Litem, Kari Ann Junio


Dated: March 1, 2019                    LeBEAU-THELEN, LLP


By: _____/s/ KEVIN E. THELEN_____
                     DENNIS R. THELEN, ESQ.
                     KEVIN E. THELEN, ESQ.
                     Attorneys for Defendants
                     COUNTY OF TULARE, PAVEL MUNDL,
                     M.D., AND RODOLFO VICENTE, M.D.

///
///
///
///
///
///
///
///
///
///

{00225044;1}

**STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS PAVEL MUNDL, M.D. AND RODOLFO VICENTE, M.D.**

# ORDER

The parties have stipulated that the action brought by Plaintiff D.L., a minor, by and through his Guardian Ad Litem, Kari Ann Junio, against Defendants Rodolfo Vicente, M.D. and Pavel Mundl, M.D. be dismissed with prejudice in exchange for a waiver of costs. In light of the parties' stipulation, Plaintiff's action against Defendants Rodolfo Vicente, M.D. and Pavel Mundl, M.D. only is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The motions for summary judgment currently set for hearing on March 15, 2018 (Doc. Nos. 72, 73), and all other pending dates and matters pertaining to Defendants Rodolfo Vicente, M.D. and Pavel Mundl, M.D., are VACATED. The Clerk of the Court is directed to update the docket by terminating Defendants Rodolfo Vicente, M.D. and Pavel Mundl, M.D. and **not** close this action.

IT IS SO ORDERED.

Dated:   **March 4, 2019**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

{00225044;1}

**STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANTS PAVEL MUNDL, M.D. AND RODOLFO VICENTE, M.D.**