**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Plaintiff, D.L.

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES DISTRICT COUNT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L.,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET VASSILEV, M.D.; RODOLFO VICENTE, M.D.; MARK WISEMAN, M.D.; PAVEL MUNDL, M.D.; COUNTY OF TULARE; KAWEAH DELTA HEALTHCARE DISTRICT; SANDRA BOSMAN, M.D.; LORI ANN M. BOKEN, M.D.; T. PLUNKETT, RNC; D. BRACKETT, RNC; B. BROWN, RNFA; UNITED STATES OF AMERICA; and Does 10 through 50, | Case No: 1:14-CV-00824-BAM<br><br>**APPLICATION AND STIPULATION FOR ORDER CONTINUING DISCOVERY DEADLINES AND ORDER THEREON** |

TO:     THE HONORABLE MAGISTRATE JUDGE BARBARA A. McAULIFFE:

The parties hereto, by and through their counsel hereby apply to this court for an Order extending the Discovery Cutoffs in the above-captioned matter.

The reason for this request is that the parties need additional time to conduct discovery, including depositions.

In early December, counsel for Plaintiff, D.L., underwent a medical procedure and his recovery took longer than anticipated, causing him to be in and out throughout the month. Due his absence, unfortunately counsel was unable to conduct discovery in this matter.

1

Additionally, Victoria L. Boesch, counsel for Defendant, United States of America, was furloughed during the recent Government Shutdown (December 22, 2018 through January 28, 2019) and was unable to participate in discovery. During Ms. Boesch's furlough depositions could not be cleared and discovery could not be conducted with the Government. Due to the fact that the shutdown ended on January 28, 2019, and the Non-Expert Discovery Cutoff was February 1, 2019, the parties need additional time to conduct pertinent discovery.

In addition, the United States' counsel is currently preparing for a four-week jury trial beginning April 29, 2019, and so is generally unavailable for depositions during April and May.

Given all of this, the parties met and conferred and have agreed to a revised schedule reflected below that does not change the Pretrial Conference or Trial dates. The parties have also agreed that remaining fact depositions will be scheduled on April 3, 2019, and in early June, prior to the Initial Expert Disclosure.

Therefore, the parties agree to the following schedule adjustments and respectfully request that the Court amend the scheduling order (Dkt. 69) to reflect the following:

a. Initial Expert disclosures shall be completed by June 21, 2019;

b. Supplemental expert disclosure shall be completed by July 5, 2019;

c. Expert discovery shall be completed by August 2, 2019;

d. Dispositive motions shall be filed by August 30, 2019; and

e. Motions for Summary Judgement shall be heard on or before September 27, 2019.

Dated: March 28, 2019.　　　　　　　NUTTALL COLEMAN & DRANDELL

　　　　　　　　　　　　　　　　　　/s/ Mark W. Coleman
　　　　　　　　　　　　　　　　　　MARK W. COLEMAN
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　D.L.

| | | |
|---|---|---|
| 1 | Dated: March 28, 2019. | WEISS, MARTIN, SALINAS & HEARST |
| 2 | | |
| 3 | | /s/ Richard Salinas |
| | | Richard Salinas, Esq., |
| 4 | | Attorneys for Defendant, |
| | | MARGARET VASSILEV, MD |
| 5 | Dated: March 28, 2019. | McCORMICK BARSTOW LLP |
| 6 | | |
| 7 | | /s/ Daniel Wainwright |
| | | Daniel Wainwright, Esq., |
| 8 | | Attorneys for Defendants, |
| | | MARK WISEMAN, M.D, |
| 9 | | SANDRA BOSMAN, M.D., |
| | | LORI BOKEN, M.D. |
| 10 | | |
| 11 | DATED: March 29, 2019 | McGREGOR W. SCOTT |
| 12 | | United States Attorney |
| 13 | By: | /s/ Victoria L. Boesch |
| 14 | | VICTORIA L. BOESCH |
| | | Assistant United States Attorney |
| 15 | | Attorneys for the United States |

| | |
|---|---|
| 1 | **DECLARATION OF MARK W. COLEMAN** |
| 2 | **IN SUPPORT OF STIPULATION TO CONTINUE DATES** |

I, Mark W. Coleman declare, as follows:

1. I am an attorney at law duly licensed to practice in the United States District Court in and for the Eastern District of California. I am a partner with the Law Offices of Nuttall Coleman & Drandell.

2. I represent Plaintiff, D.L., in the above-captioned matter.

3. The parties hereto have stipulated to a Continuance of several deadlines in this matter.

4. A continuance is necessary for several reasons.

5. First, on December 6, 2018, I underwent a medical procedure and was expected to return to the office within a day or two. Unfortunately, there were complications and the recovery period last significantly longer than expected, requiring me to be in and out of the office for most of the month of December, and into January.

6. Due to my unplanned absence, and pressing business in several other cases, I was unable to conduct discovery in this case as timely as I had hoped.

7. As a further hindrance to the discovery process, once I was able to address the matter of conducting discovery in this case, in late-December, the Government was shut down.

8. As a result of the shut-down, the attorney for Defendant, United States of America, Victoria L. Boesch, was furloughed from December 22, 2018 through January 28, 2019.

9. Due to being furloughed, the United States was unable to participate in discovery, including depositions.

10. Based upon the foregoing, I believe that good cause exists to continue the current discovery deadlines.

The matters stated herein are true of my own knowledge, except as to those matters which are stated upon information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and if called upon, could and would testify competently thereto.

Executed in Fresno, California, on this 28th day of March 2019.

<u>/s/ Mark W. Coleman</u>
MARK W. COLEMAN
Attorney for Plaintiff
D.L.

# ORDER

**IT IS SO ORDERED**, good cause having been shown, based on Counsel's injury and the government shut down, that the discovery deadlines in this case be continued as follows:

    a. Non-expert discovery shall be completed by June 10, 2019;

    b. Initial Expert disclosures shall be completed by June 21, 2019;

    c. Supplemental expert disclosure shall be completed by July 5, 2019;

    d. Expert discovery shall be completed by August 2, 2019; and

    e. Dispositive motions shall be filed by August 30, 2019.

The Pretrial Conference and Trial dates remain unchanged.

IT IS SO ORDERED.

Dated: **March 29, 2019**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE