| | |
|---|---|
| **MARK W. COLEMAN #117306** | (SPACE BELOW FOR FILING STAMP ONLY) |
| **NUTTALL COLEMAN & DRANDELL** | |
| 2333 MERCED STREET | |
| FRESNO, CALIFORNIA 93721 | |
| PHONE (559) 233-2900 | |
| FAX (559) 485-3852 | |
| mcoleman@nuttallcoleman.com | |

ATTORNEYS FOR Plaintiff, D.L.

IN THE UNITED STATES DISTRICT COUNT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.L., | Case No: 1:14-CV-00824-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON** |
| MARGARET VASSILEV, M.D.; RODOLFO VICENTE, M.D.; MARK WISEMAN, M.D.; PAVEL MUNDL, M.D.; COUNTY OF TULARE; KAWEAH DELTA HEALTHCARE DISTRICT; SANDRA BOSMAN, M.D.; LORI ANN M. BOKEN, M.D.; T. PLUNKETT, RNC; D. BRACKETT, RNC; B. BROWN, RNFA; UNITED STATES OF AMERICA; and Does 10 through 50, | |

TO THE COURT, ALL PARTIES, AND RESPECTIVE COUNSEL OF RECORD:

Plaintiff D.L., a minor, by and through his Guardian Ad Litem, Kari Ann Junio, and through his counsel of record Mark Wade Coleman, Esq., and Defendant, Margaret Vassilev, M.D., through her counsel of record Richard Salinas, Esq., hereby agree and stipulate as follows:

Upon dismissal of the United States, the Court will have no further jurisdiction over this action, therefore, it is appropriate under 28 U.S.C. § 1447(c) for the court to remand the remainder of this action, to wit, Plaintiff's claims against the non-federal defendant, to the Tulare County Superior Court, where it was originally filed as [D.L.] v. Margaret Vassilev, M.D., et al., Case No. 246425.

1

**IT IS SO STIPULATED**.

Dated: July 23, 2019.                NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Plaintiff
D.L.

Dated: July 23, 2019.                WEISS, MARTIN, SALINAS & HEARST

/s/ Richard Salinas
RICHARD SALINAS, ESQ.,
Attorneys for Defendant,
MARGARET VASSILEV, MD

## **ORDER**

Based on the stipulation of the parties filed herein, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 1447(c), Plaintiff's claims against the non-federal defendant is hereby remanded back to Tulare County Superior Court, where it was originally filed as [D.L.] v. Margaret Vassilev, M.D., et al., Case No. 246425.

IT IS SO ORDERED.

Dated:   **August 15, 2019**                /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE